Joe E. Marshall
Texas Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
(214) 579-9173
jmarshall@marshalllaw.net

**PROPOSED ATTORNEY FOR JASON RAE,
CHAPTER 11 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | **Case No. 18-32805-SGJ-11** |
| **DIVINE DINING, LLC,** | § § | |
| DEBTOR. | § § | **Chapter 11** |
| | § § | |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE
OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the **Notice of Chapter 11 Bankruptcy Case [Form 309F]**, which includes the date, time and location of the meeting of creditors and the claims bar date, which is attached hereto as **Exhibit A**, was served on all creditors and parties in interest on September 21, 2018, as evidenced by the Affidavit of Service attached hereto as **Exhibit B**.

Respectfully submitted on this 28th day of September, 2018.

                                        By: /s/ *Joe E. Marshall*
                                            Joe E. Marshall
                                            Texas Bar No. 13031100
                                            **MARSHALL LAW**
                                            3131 McKinney Ave., Suite 600
                                            Dallas, Texas 75204
                                            (214) 579-9173
                                            jmarshall@marshalllaw.net

                                            Proposed Attorney for Jason Rae,
                                            the Chapter 11 Trustee

**Information to identify the case:**

Debtor     **Divine Dining, LLC**     EIN _ _–_ _ _ _ _ _ _
            Name

United States Bankruptcy Court    **Northern District of Texas**     Date case case filed for chapter **11**   **8/27/18**

Case number:   **18–32805–sgj11**

---

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case     12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Divine Dining, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | c/o Elizabeth Brandon, Receiver<br>2100 McKinney Avenue, Suite 1250<br>Dallas, TX 75201–6908 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard G. Grant<br>Culhane Meadows, PLLC<br>100 Crescent Court, Suite 700<br>Dallas, TX 75201 | Contact phone 214–210–2929<br><br>Email _____ |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open _____<br><br>Contact phone 214–753–2000<br><br>Date: 8/30/18 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 4, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 1100 Commerce St.,Room 976, Dallas, TX 75242** |

**For more information, see page 2 >**

EXHIBIT A

---

Official Form 309F (For Corporations or Partnerships)     **Notice of Chapter 11 Bankruptcy Case**     page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 1/2/19**  For a governmental unit: |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |



325 N Saint Paul St.
Suite 1400
Dallas, TX 75201
(469) 425.9080
mainstaylegal.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:      DIVINE DINING, LLC

CASE NO.   18-32805-sgj11

### AFFIDAVIT OF SERVICE

The undersigned certifies that a true and correct copy of the named pleading was served on the service list attached to the pleading by postmarking and depositing said document(s) in the United States Mail, first class, postage prepaid, properly addressed before midnight on this 21st day of September 2018

**OFFICIAL FORM 309F ( FOR CORPORATIONS OR PARTNERSHIPS)**

Sworn to and subscribed this 21st day of September 2018

_Dean Rylander_
Dean Rylander
Account Manager

18-09-160

Dallas County  
Linbarger, Goggan, Blair & Sampson LLP  
co Laurie A Spindler  
2777 N Stemmons Frwy, No 1000  
Dallas, TX 75207-2328  

Irving ISD  
Linebarger Goggan Blair & Sampson, LLP  
c/o Laurie A Spindler  
2777 N. Stemmons Frwy Ste 1000  
Dallas, TX 75207-2328  

U.S. Attorney  
1100 Commerce, 3rd Floor  
Dallas, TX 75242-1074  

U.S. Attorney General  
Department of Justice  
Washington, DC 20001  

1100 Commerce Street  
Room 1254  
Dallas, TX 75242-1305  

Adelphi Group Ltd.  
7203 John W. Carpenter Freeway  
Dallas, TX 75247-5113  

Adelphi Group, Ltd  
900 Dragon Street  
Dallas, TX 75207-4204  

Aramark Uniform Services  
PO Box 731676  
Dallas, TX 75373-1676  

Atmos Energy  
PO Box 790311  
St. Louis, MO 63179-0311  

Attorney General United States  
Office of the Attorney General  
Main Justice Building, Room 5111  
10th & Constitution Ave, NW  
Washington, DC 20530-0001  

Bassham Foods  
5409 Hemphill St  
Fort Worth, TX 76115-4411  

Cardona Foods  
850 Meacham Blvd  
Fort Worth, TX 76106-1931  

City of Irving  
PO Box 152288  
Irving, TX 75015-2288  

Dallas County Tax Collector  
CO Laurie Spindler Hufman  
Linebarger, Goggan, et al.  
2323 Bryan Street, Suite 1600  
Dallas, TX 75201-2637  

Elizabeth Brandon, Receiver  
2100 McKinney Avenue, Suite 1250  
Dallas, TX 75201-6908  

Internal Revenue Service  
1100 Commerce Street  
Mail Code 5027 DAL  
Dallas, TX 75242-1100  

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346  

Irving ISD  
Linebarger Goggan Blair & Sampson, LLP  
c/o Laurie A Spindler  
2777 N Stemmons Frwy Ste 1000  
Dallas, Texas 75207-2328  

Jeffrey W. Hurt, Esq.  
Hurt & Berry LLP  
15601 Dallas Pky, Suite 900  
Addison, TX 75001-6098  

Jordan J. Johnson  
POB 630186  
Irving, TX 75063-0114  

Jordan Johnson  
1602 Cypress Dr  
Irving, TX 75061-2346  

Jordan Johnson  
Divine Dining, LLC -Taco Casa  
1311 W. Airport Freeway  
Irving, TX 75062-6222  

Michael Mantas  
5823 DeLoache  
Dallas, TX 75225-3004  

Michael Mantas  
900 Dragon No. 150  
Dallas, TX 75207-4204  

Michael P. Kelly  
1412 Main Street  
Suite 2200A  
Dallas, TX 75202-4014  

Michael P. Kelly  
POB 150589  
Dallas, TX 75315-0589  

Moore Disposal  
34811 LBJ No. 2110  
Dallas, TX 75241-7222  

Paul C. Laird, II  
Paul Craig Laird Law Firm  
800 W. Airport Freeway, Suite 800  
LB 6015  
Irving, TX 75062-6207  

Protection 1  
PO Box 219044  
Kansas City, MO 64121-9044

Roy Upshaw d-b-a Taco Casa
1218 E. California
Gainesville, TX 76240-4302

Securities and Exchange Comm
801 Cherry St No. 1
Fort Worth, TX 76102-6881

(p) U S SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
444 SOUTH FLOWER STREET 9TH FLOOR
LOS ANGELES CA 90071-2934


Spectrum
PO Box 60074
City of Industry, CA 91716-0074

(p) TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

Texas Attorney General
1412 Main Street Suite 81
Dallas, TX 75202-4014


Texas Attorney General
Bankruptcy Collections Division
Austin, TX 78711-2548

Texas Attorney General
PO Box 12548
Austin, TX 78711-2548

The Hartford
277 Park Ave
New York, NY 10172-3003


United States Attorney
3rd Floor, 1100 Commerce St
Dallas, TX 75242-1699

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Warren V. Norred - Clayton Everett
Norred Law, PLLC
515 East Border Street
Arlington, TX 76010-7402


Jason A. Rae
Lain Faulkner
400 North St. Paul, Ste. 600
Dallas, TX 75201-6897

Richard G. Grant
Culhane Meadows,
PLLC
100 Crescent Court, Suite

Jeffrey W. Hurt
Hurt & Berry LLP
15601 Dallas Parkway, Ste 900
Addison, TX 75001


Joe E. Marshall
Marshall Law
3131 McKinney Ave, Ste 600
Dallas, TX 75204

Judith W. Ross
Rachael Smiley
Law Office of Judith W. Ross
700 N. Pearl Street, Ste 1610
Dallas, TX 75201

Stephen P. McKitt
U.S. Dept. of Justice
Office of the US Trustee
1100 Commerce Street, Rm 976
Dallas, TX 75242