| Fill in this information to identify the case: | |
|---|---|
| Debtor Name Divine Dining, LLC | |
| United States Bankruptcy Court for the: Northern District of Texas | |
| Case number: 18-32805-sgj11 | ☐ Check if this is an amended filing |

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:           10/1/2018-10/31/2018                    Date report filed:   11/20/2018
                                                                              MM / DD / YYYY

Line of business:   Fast Food Restaurant                 NAISC code:          722300

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                         Divine Dining, LLC

Original signature of responsible party

Printed name of responsible party         Jason A. Rae, Trustee

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __Divine Dining, LLC__    Case number __18-32805-sgj11__

17. Have you paid any bills you owed before you filed bankruptcy?    ❑ ☑ ❑
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 60,066.39

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 127,933.67

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 108,805.27

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.    + $ 19,128.40
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 79,194.79

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 46,683.35

    *(Exhibit E)*

Debtor Name  Divine Dining, LLC                                        Case number  18-32805-sgj11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                           $ ____8,155.25

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        24
27. What is the number of employees as of the date of this monthly report?           23

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____0.00
30. How much have you paid this month in other professional fees?                                  $ ____0.00
31. How much have you paid in total other professional fees since filing the case?                 $ ____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ ____0.00 | — | $ ____0.00 | = | $ ____0.00 |
| 33. **Cash disbursements** | $ ____0.00 | — | $ ____0.00 | = | $ ____0.00 |
| 34. **Net cash flow** | $ ____0.00 | — | $ ____0.00 | = | $ ____0.00 |

35. Total projected cash receipts for the next month:                               $ ____0.00
36. Total projected cash disbursements for the next month:                        - $ ____0.00
37. Total projected net cash flow for the next month:                             = $ ____0.00

Debtor Name Divine Dining, LLC _____     Case number 18-32805-sgj11 _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Divine Dining LLC
## Cash Summary

|  | Aug-18 | Sep-18 | Oct-18 |
|---|---|---|---|
| **Beginning Balance** | **14,621.20** | **21,772.19** | **60,066.39** |
| **CASH RECEIPTS** |  |  |  |
| Deposits 0742 (Cash deposits) |  | 13,178.79 | 46,144.71 |
| Deposits 0742 (Transfer from 2156) |  | 71,250.00 | 72,000.00 |
| Withdrawals 0742 |  |  | - |
| Deposits 2156 (customer deposits) | 7,284.99 | 76,015.37 | - |
| Deposits 2156 (WorldPay) |  | 5,632.98 | 81,788.96 |
| Withdrawals 2156 (transfer to 0742) |  | (71,250.00) | (72,000.00) |
| **Total Cash Receipts** | **21,906.19** | **94,827.14** | **127,933.67** |
| **CASH DISBURSEMENTS** |  |  |  |
| **Trust Expenses** |  |  |  |
| ABC Lawn Care |  |  | 86.97 |
| Adelphi Group Ltd |  | 7,500.00 | 7,500.00 |
| ARAMARK UNIFORM SERVICES |  | 331.08 | 359.90 |
| Atmos Energy |  | 355.73 | 126.86 |
| Bank Fee | 35.00 | 8.00 | 41.00 |
| Bassham |  | 16,991.80 | 43,337.28 |
| Cardona Foods, Inc. |  | 2,973.00 | 2,729.40 |
| City of Irving |  | 440.56 | - |
| Delta P Filteration Services |  |  | - |
| GoDaddy |  | 307.20 | 127.66 |
| Humanity.com |  |  | 756.00 |
| Intuit QuickBooks |  | 214.49 | 37.31 |
| Moore Disposal Inc |  | 530.25 | 530.25 |
| NCR |  |  | 302.21 |
| NuCO2 |  | 178.62 | 163.57 |
| Payoll |  | 14,422.95 | 35,793.29 |
| Protection 1 ADT |  |  | 45.41 |
| Sentex | 99.00 |  | 198.00 |
| Southwaste |  |  | 202.37 |
| Spectrio |  |  | 29.23 |
| Spectrum |  | 516.43 | 517.08 |
| Stanley Works |  |  | 540.13 |
| Tax (Sales) |  | 8,660.23 | 9,485.87 |
| Texoma Cash Register |  | 791.85 | - |
| The HartFord Insurance |  | 220.75 | 1,092.95 |
| TXU |  | 2,090.00 | 4,802.53 |
|  | **134.00** | **56,532.94** | **108,805.27** |
| **ENDING CASH BALANCE** | **21,772.19** | **60,066.39** | **79,194.79** |

Prepared by Lain, Faulkner & Co., P.C.

# *Exhibit  A*

Explanation to Question # 3:

The Debtor's landlord was paid reduced rent on an interim basis per agreement for the post-petition time periods.  Separately, the Debtor is accruing franchise fees for the post-petition time period which are unpaid.   Other bills have been paid as due.

# *Exhibit B*

Explanation to Question # 10:

The Debtor's credit card merchant deposits are tied to a non-DIP account under the Debtor's control and name.  Funds are transferred to the DIP account after collection.

## *Exhibit E*

Explanation to Question # 24:

October 31, 2018

*Accounts Payable:*

| | |
|---|---|
| Aramark Uniform Services | 99.47 |
| Cardona Foods Inc | 1,150.20 |
| *Sub-total (See Note 1)* | **1,249.67** |

*Other Accruals:*

| | |
|---|---|
| Estimated Rent Accrual | 4,254.42 |
| Estimated Franchise Fee (Estimated @ 7% of post-petition gross sales) | 16,179.26 |
| *Sub-total* | **20,433.68** |

*Accrued Professional Fees:*

| | |
|---|---|
| Marshall Law | 10,000.00 |
| Lain, Faulkner & Co | 15,000.00 |
| *Sub-total (See Note 2)* | **25,000.00** |
| **Total** | **46,683.35** |

Notes:

[1]
Post-petition accounts payable have been paid in the normal course during November, 2018.

[2]
Amounts represent estimated professional expenses for the administration of the Debtor's case and are subject to Bankruptcy Court approval.

# *Exhibit F*

Explanation to Question # 25:

Accounts Receivable of $8,155.25 represents amount owed to debtor by credit card merchant (Worldpay). The amounts were collected within the first 3 work days of November, 2018.

**Capital One Bank**

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC BANRUPTCY
JASON A RAE TRUSTEE
1311 W. AIRPORT FREEWAY
IRVING TX  75062

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD   OCTOBER 01, 2018  -  OCTOBER 31, 2018

| Spark Basic Checking ▇▇▇▇0742 | | DIVINE DINING LLC BANRUPTCY | |
|---|---|---|---|
| Previous Balance  09/30/18 | $64,296.45 | Number of Days in Cycle | 31 |
| 37 Deposits/Credits | $118,144.71 | Minimum Balance This Cycle | $12,916.39 |
| 96 Checks/Debits | ($115,672.40) | Average Collected Balance | $43,135.84 |
| Service Charges | ($41.00) | | |
| Ending Balance 10/31/18 | $66,727.76 | | |

## ACCOUNT DETAIL    FOR PERIOD   OCTOBER 01, 2018  -  OCTOBER 31, 2018

Spark Basic Checking ▇▇▇▇0742

DIVINE DINING LLC
BANRUPTCY

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/01 | Customer Deposit | $1,624.69 | | $65,921.14 |
| 10/01 | Customer Deposit | $1,582.28 | | $67,503.42 |
| 10/01 | Customer Deposit | $1,564.08 | | $69,067.50 |
| 10/01 | ACH Withdrawal BASSHAMWHOLE7792 Customers 100118 Taco Casa - Irving 830243 | | $4,223.67 | $64,843.83 |
| 10/01 | ACH Withdrawal ADP Tax        ADP Tax 100118 DIVINE DINING LLC     RNOA5 100119A01 | | $2,818.09 | $62,025.74 |
| 10/01 | ACH Withdrawal ADP WAGE PAY WAGE PAY 100118 DIVINE DINING LLC TACO 200052531522OA5 | | $2,102.01 | $59,923.73 |
| 10/01 | ACH Withdrawal NUCO2 LLC        WEB PAY 100118 DIVINE DINING LLC NuCO2 | | $178.62 | $59,745.11 |
| 10/01 | Check     3005 | | $525.49 | $59,219.62 |
| 10/01 | Check     3008 | | $516.43 | $58,703.19 |
| 10/01 | Check     3019 | | $450.07 | $58,253.12 |
| 10/01 | Check     3006 | | $438.84 | $57,814.28 |
| 10/01 | Check     3024 | | $373.99 | $57,440.29 |

*Thank you for banking with us.*

PAGE 1 OF 8

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER FDIC

**An Important Message to Our Clients**

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Capital One Bank**

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC BANRUPTCY
JASON A RAE TRUSTEE

**ACCOUNT DETAIL** CONTINUED FOR PERIOD OCTOBER 01, 2018 - OCTOBER 31, 2018

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|---|
| 10/01 | Check | 3011 | | $331.08 | $57,109.21 |
| 10/01 | Check | 3008 | | $303.93 | $56,805.28 |
| 10/01 | Check | 3012 | | $191.66 | $56,613.62 |
| 10/01 | Check | 3007 | | $172.91 | $56,440.71 |
| 10/01 | Check | 3023 | | $33.25 | $56,407.46 |
| 10/02 | ACH Withdrawal NUCO2 LLC WEB PAY 100218 DIVINE DINING LLC NuCO2 | | | $82.46 | $56,325.00 |
| 10/02 | Check | 3021 | | $7,500.00 | $48,825.00 |
| 10/02 | Check | 3016 | | $1,266.38 | $47,558.62 |
| 10/02 | Check | 3006 | | $440.56 | $47,118.06 |
| 10/02 | Check | 3011 | | $428.36 | $46,689.70 |
| 10/02 | Check | 3020 | | $371.29 | $46,318.41 |
| 10/02 | Check | 3017 | | $361.55 | $45,956.86 |
| 10/02 | Check | 3015 | | $360.34 | $45,596.52 |
| 10/02 | Check | 3018 | | $248.29 | $45,348.23 |
| 10/02 | Check | 3010 | | $174.54 | $45,173.69 |
| 10/03 | Customer Deposit | | $1,718.80 | | $46,892.49 |
| 10/03 | Customer Deposit | | $1,562.90 | | $48,455.39 |
| 10/03 | Customer Deposit | | $1,519.22 | | $49,974.61 |
| 10/03 | Customer Deposit | | $1,053.68 | | $51,028.29 |
| 10/03 | ACH Withdrawal BASSHAMWHOLE7792 Customers 100318 Taco Casa - Irving 830243 | | | $4,789.55 | $46,238.74 |
| 10/03 | Check | 3021 | | $787.57 | $45,451.17 |
| 10/03 | Check | 3022 | | $645.75 | $44,805.42 |
| 10/03 | Check | 3003 | | $632.67 | $44,172.75 |
| 10/03 | Check | 3013 | | $533.44 | $43,639.31 |
| 10/03 | Check | 3004 | | $72.15 | $43,567.16 |
| 10/04 | Check | 3016 | | $185.73 | $43,381.43 |
| 10/04 | Check | 3025 | | $29.23 | $43,352.20 |
| 10/05 | Customer Deposit | | $1,512.28 | | $44,864.48 |
| 10/05 | Customer Deposit | | $1,362.42 | | $46,226.90 |
| 10/05 | Check | 3018 | | $170.00 | $46,056.90 |
| 10/05 | Check | 3002 | | $141.05 | $45,915.85 |
| 10/05 | Check | 3024 | | $45.41 | $45,870.44 |
| 10/09 | ACH Withdrawal BASSHAMWHOLE7792 Customers 100918 Taco Casa - Irving 830243 | | | $5,255.52 | $40,614.92 |
| 10/09 | Check | 3026 | | $786.00 | $39,828.92 |
| 10/09 | Check | 3014 | | $320.84 | $39,508.08 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD OCTOBER 01, 2018   -   OCTOBER 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 10/09 | Check     3009 | | $266.08 | $39,242.00 |
| 10/10 | Customer Deposit | $1,976.57 | | $41,218.57 |
| 10/10 | Customer Deposit | $1,629.47 | | $42,848.04 |
| 10/10 | Customer Deposit | $1,143.51 | | $43,991.55 |
| 10/10 | Customer Deposit | $1,097.44 | | $45,088.99 |
| 10/10 | ACH Withdrawal BASSHAMWHOLE7792 Customers 101018 Taco Casa - Irving 830243 | | $4,177.47 | $40,911.52 |
| 10/10 | ACH Withdrawal ABC PEST AND LAW abcpest 101018 Taco Casa 78649     8328 | | $86.97 | $40,824.55 |
| 10/12 | Customer Deposit | $1,532.80 | | $42,357.35 |
| 10/12 | Customer Deposit | $1,463.79 | | $43,821.14 |
| 10/12 | Customer Deposit | $1,394.75 | | $45,215.89 |
| 10/12 | Customer Deposit | $1,320.24 | | $46,536.13 |
| 10/12 | Customer Deposit | $18.00 | | $46,554.13 |
| 10/12 | ACH Withdrawal ADP PAYROLL FEES ADP - FEES 101218 Divine Dining LLC 2ROA5  0101286 | | $175.21 | $46,378.92 |
| 10/12 | Check     3032 | | $7,500.00 | $38,878.92 |
| 10/12 | Check     3027 | | $94.22 | $38,784.70 |
| 10/15 | ACH Withdrawal BASSHAMWHOLE7792 Customers 101518 Taco Casa - Irving 830243 | | $3,681.89 | $35,102.81 |
| 10/15 | ACH Withdrawal ADP Tax        ADP Tax 101518 DIVINE DINING LLC      RNOA5 101520A01 | | $2,768.38 | $32,334.43 |
| 10/15 | ACH Withdrawal ADP WAGE PAY WAGE PAY 101518 DIVINE DINING LLC TACO 720049048939OA5 | | $1,767.76 | $30,566.67 |
| 10/15 | Check     3031 | | $4,802.53 | $25,764.14 |
| 10/15 | Check     3029 | | $841.80 | $24,922.34 |
| 10/15 | Check     3030 | | $530.25 | $24,392.09 |
| 10/15 | Check     3041 | | $486.22 | $23,905.87 |
| 10/15 | Check     3027 | | $452.92 | $23,452.95 |
| 10/15 | Check     3046 | | $377.23 | $23,075.72 |
| 10/16 | Check     3039 | | $1,231.63 | $21,844.09 |
| 10/16 | Check     3034 | | $560.24 | $21,283.85 |
| 10/16 | Check     3035 | | $528.44 | $20,755.41 |
| 10/16 | Check     3037 | | $499.01 | $20,256.40 |
| 10/16 | Check     3028 | | $375.62 | $19,880.78 |
| 10/16 | Check     3031 | | $300.50 | $19,580.28 |
| 10/16 | Check     3033 | | $256.38 | $19,323.90 |
| 10/16 | Check     3030 | | $145.96 | $19,177.94 |
| 10/17 | Customer Deposit | $1,544.87 | | $20,722.81 |
| 10/17 | Customer Deposit | $1,029.52 | | $21,752.33 |

**CapitalOne Bank**

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC BANRUPTCY
JASON A RAE TRUSTEE

## ACCOUNT DETAIL    CONTINUED FOR PERIOD OCTOBER 01, 2018    - OCTOBER 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-----------------| 
| 10/17 | ACH Withdrawal BASSHAMWHOLE7792 Customers 101718 Taco Casa - Irving 830243 | | $4,905.92 | $16,846.41 |
| 10/17 | ACH Withdrawal NUCO2 LLC      WEB PAY 101718 DIVINE DINING LLC NuCO2 | | $81.11 | $16,765.30 |
| 10/17 | Check      3044 | | $684.44 | $16,080.86 |
| 10/17 | Check      3029 | | $341.96 | $15,738.90 |
| 10/17 | Check      3036 | | $286.68 | $15,452.22 |
| 10/17 | Check      3042 | | $263.28 | $15,188.94 |
| 10/17 | Check      3045 | | $177.03 | $15,011.91 |
| 10/17 | Check      3028 | | $126.86 | $14,885.05 |
| 10/18 | ACH Withdrawal NCR HSR DIV 8002255627 101818 JASON RAE | | $302.21 | $14,582.84 |
| 10/18 | Check      3025 | | $702.28 | $13,880.56 |
| 10/18 | Check      3040 | | $452.78 | $13,427.78 |
| 10/18 | Check      3026 | | $315.88 | $13,111.90 |
| 10/18 | Check      3032 | | $195.51 | $12,916.39 |
| 10/19 | TRANSFER DEPOSIT FROM ...2156 | $35,000.00 | | $47,916.39 |
| 10/19 | Check      3043 | | $682.77 | $47,233.62 |
| 10/22 | Customer Deposit | $1,482.63 | | $48,716.25 |
| 10/22 | Customer Deposit | $1,331.19 | | $50,047.44 |
| 10/22 | Customer Deposit | $1,254.44 | | $51,301.88 |
| 10/22 | Customer Deposit | $1,161.40 | | $52,463.28 |
| 10/22 | Customer Deposit | $1,103.75 | | $53,567.03 |
| 10/22 | Customer Deposit | $1,055.38 | | $54,622.41 |
| 10/22 | Customer Deposit | $1,044.56 | | $55,666.97 |
| 10/22 | Customer Deposit | $18.00 | | $55,684.97 |
| 10/22 | ACH Withdrawal WEBFILE TAX PYMT DD 102218 33311/12345/EDI/XML - 902/31918997 | | $9,485.87 | $46,199.10 |
| 10/22 | ACH Withdrawal BASSHAMWHOLE7792 Customers 102218 Taco Casa - Irving 830243 | | $3,329.21 | $42,869.89 |
| 10/22 | Check      3037 | | $540.13 | $42,329.76 |
| 10/22 | Check      3033 | | $82.60 | $42,247.16 |
| 10/23 | Check      3036 | | $517.08 | $41,730.08 |
| 10/23 | Check      3038 | | $41.56 | $41,688.52 |
| 10/24 | ACH Withdrawal BASSHAMWHOLE7792 Customers 102418 Taco Casa - Irving 830243 | | $3,612.20 | $38,076.32 |
| 10/25 | Customer Deposit | $1,628.38 | | $39,704.70 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



## ACCOUNT DETAIL   CONTINUED FOR PERIOD OCTOBER 01, 2018   - OCTOBER 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 10/25 | Customer Deposit | $1,405.37 | | $41,110.07 |
| 10/25 | Customer Deposit | $1,173.39 | | $42,283.46 |
| 10/25 | Customer Deposit | $1,070.91 | | $43,354.37 |
| 10/25 | Check 3022 | | $86.14 | $43,268.23 |
| 10/26 | ACH Withdrawal ADP PAYROLL FEES ADP - FEES 102618 Divine Dining LLC 2ROA5 1607900 | | $175.21 | $43,093.02 |
| 10/29 | TRANSFER DEPOSIT FROM ...2156 | $37,000.00 | | $80,093.02 |
| 10/29 | ACH Withdrawal BASSHAMWHOLE7792 Customers 102918 Taco Casa - Irving 830243 | | $4,093.01 | $76,000.01 |
| 10/29 | Check 3038 | | $96.94 | $75,903.07 |
| 10/30 | Customer Deposit | $1,918.28 | | $77,821.35 |
| 10/30 | Customer Deposit | $1,513.30 | | $79,334.65 |
| 10/30 | Customer Deposit | $1,332.42 | | $80,667.07 |
| 10/30 | Check 3039 | | $1,101.60 | $79,565.47 |
| 10/30 | Check 3069 | | $496.73 | $79,068.74 |
| 10/31 | ACH Withdrawal BASSHAMWHOLE7792 Customers 103118 Taco Casa - Irving 830243 | | $5,268.84 | $73,799.90 |
| 10/31 | ACH Withdrawal ADP Tax      ADP Tax 103118 DIVINE DINING LLC      RNOA5 110121A01 | | $2,850.33 | $70,949.57 |
| 10/31 | ACH Withdrawal ADP WAGE PAY WAGE PAY 103118 DIVINE DINING LLC TACO 611046525990OA5 | | $2,095.26 | $68,854.31 |
| 10/31 | Check 3067 | | $768.20 | $68,086.11 |
| 10/31 | Check 3063 | | $457.09 | $67,629.02 |
| 10/31 | Check 3065 | | $441.43 | $67,187.59 |
| 10/31 | Check 3058 | | $340.71 | $66,846.88 |
| 10/31 | Check 3047 | | $78.12 | $66,768.76 |
| 10/31 | Cash deposit limit exceeded | | $41.00 | $66,727.76 |
| **Total** | | $118,144.71 | $115,713.40 | |

**DIVINE DINING LLC**
**BANRUPTCY**

### Spark Basic Checking [        ]0742

#### Checks * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 3002 | 10/05 | $141.05 | 3008 | 10/01 | $516.43 | 3013 | 10/03 | $533.44 |
| 3003 | 10/03 | $632.67 | 3008* | 10/01 | $303.93 | 3014 | 10/09 | $320.84 |
| 3004 | 10/03 | $72.15 | 3009 | 10/09 | $266.08 | 3015 | 10/02 | $360.34 |
| 3005 | 10/01 | $525.49 | 3010 | 10/02 | $174.54 | 3016 | 10/02 | $1,266.38 |
| 3006 | 10/01 | $438.84 | 3011 | 10/01 | $331.08 | 3016* | 10/04 | $185.73 |
| 3006* | 10/02 | $440.56 | 3011* | 10/02 | $428.36 | 3017 | 10/02 | $361.55 |
| 3007 | 10/01 | $172.91 | 3012 | 10/01 | $191.66 | 3018 | 10/02 | $248.29 |

**Capital One Bank**

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC BANRUPTCY
JASON A RAE TRUSTEE

### ACCOUNT DETAIL   CONTINUED FOR PERIOD OCTOBER 01, 2018   -   OCTOBER 31, 2018

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3018* | 10/05 | $170.00 | 3028* | 10/17 | $126.86 | 3038 | 10/23 | $41.56 |
| 3019 | 10/01 | $450.07 | 3029 | 10/15 | $841.80 | 3038* | 10/29 | $96.94 |
| 3020 | 10/02 | $371.29 | 3029* | 10/17 | $341.96 | 3039 | 10/16 | $1,231.63 |
| 3021 | 10/02 | $7,500.00 | 3030 | 10/15 | $530.25 | 3039* | 10/30 | $1,101.60 |
| 3021* | 10/03 | $787.57 | 3030* | 10/16 | $145.96 | 3040 | 10/18 | $452.78 |
| 3022 | 10/03 | $645.75 | 3031 | 10/15 | $4,802.53 | 3041 | 10/15 | $486.22 |
| 3022* | 10/25 | $86.14 | 3031* | 10/16 | $300.50 | 3042 | 10/17 | $263.28 |
| 3023 | 10/01 | $33.25 | 3032 | 10/12 | $7,500.00 | 3043 | 10/19 | $682.77 |
| 3024 | 10/01 | $373.99 | 3032* | 10/18 | $195.51 | 3044 | 10/17 | $684.44 |
| 3024* | 10/05 | $45.41 | 3033 | 10/16 | $256.38 | 3045 | 10/17 | $177.03 |
| 3025 | 10/04 | $29.23 | 3033* | 10/22 | $82.60 | 3046 | 10/15 | $377.23 |
| 3025* | 10/18 | $702.28 | 3034 | 10/16 | $560.24 | 3047 | 10/31 | $78.12 |
| 3026 | 10/09 | $786.00 | 3035 | 10/16 | $528.44 | 3058* | 10/31 | $340.71 |
| 3026* | 10/18 | $315.88 | 3036 | 10/17 | $286.68 | 3063* | 10/31 | $457.09 |
| 3027 | 10/12 | $94.22 | 3036* | 10/23 | $517.08 | 3065* | 10/31 | $441.43 |
| 3027* | 10/15 | $452.92 | 3037 | 10/16 | $499.01 | 3067* | 10/31 | $768.20 |
| 3028 | 10/16 | $375.62 | 3037* | 10/22 | $540.13 | 3069* | 10/30 | $496.73 |

**Spark Basic Checking** ▮▮▮▮▮▮**0742**

**DIVINE DINING LLC
BANRUPTCY**

### SERVICE CHARGES

| Date | Service Description | Number of Items | Fee per Item | Total |
|---|---|---|---|---|
| 10/31 | Cash deposit limit exceeded | 41 | $1.00 | ($41.00) |
|  | Total Cycle Service Charge |  |  | ($41.00) |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING LENDER

**Capital One® Bank**

# MANAGE YOUR CASH
## CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC
1311 W. AIRPORT FREEWAY
IRVING TX  75062

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD   OCTOBER 01, 2018 - OCTOBER 31, 2018

| Spark Unlimited Checking 2156 | | DIVINE DINING LLC | |
|---|---|---|---|
| Previous Balance  09/30/18 | $5,092.36 | Number of Days in Cycle | 31 |
| 32 Deposits/Credits | $82,204.80 | Minimum Balance This Cycle | $2,124.31 |
| 11 Checks/Debits | ($74,830.13) | Average Collected Balance | $27,521.15 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/18 | $12,467.03 | | |

## YOUR MONTHLY SERVICE FEE HAS BEEN WAIVED THIS MONTH.
▸ To learn more, just call us, stop by your nearest location, or visit   www.capitalonebank.com/smallbusiness

## ACCOUNT DETAIL    FOR PERIOD  OCTOBER 01, 2018  -  OCTOBER 31, 2018

| Spark Unlimited Checking 2156 | | | | DIVINE DINING LLC |
|---|---|---|---|---|

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|---|
| 10/01 | ACH deposit WorldPay<br>100118 Taco Casa #58<br>000772 | BNKCRD DEP<br>LK529290 | $3,073.30 | | $8,165.66 |
| 10/01 | Debit Card Purchase 100118 SENTEXT<br>SOLUTIONS     800 2112001   CT | | | $99.00 | $8,066.66 |
| 10/02 | ACH deposit WorldPay<br>100218 Taco Casa #58<br>000773 | BNKCRD DEP<br>LK529290 | $3,207.97 | | $11,274.63 |
| 10/02 | ACH deposit WorldPay<br>100218 Taco Casa #58<br>000775 | BNKCRD DEP<br>LK529290 | $1,925.91 | | $13,200.54 |

*Thank you for banking with us.*

PAGE 1 OF 6

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
FDIC

### An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

 **Capital One Bank**

# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

DIVINE DINING LLC

## ACCOUNT DETAIL CONTINUED FOR PERIOD OCTOBER 01, 2018 - OCTOBER 31, 2018

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|--|------------------|--------------------|-------------------|
| 10/02 | ACH deposit WorldPay 100218 Taco Casa #58 000774 | BNKCRD DEP LK529290 | $1,852.92 | | $15,053.46 |
| 10/02 | Recur Debit Card Purchase 100218 DNH GODADDY COM 480 5058855 AZ | | | $127.66 | $14,925.80 |
| 10/02 | ACH Withdrawal Southwaste Dispo EFT 100218 Divine Dining LLC 09-21110 | | | $202.37 | $14,723.43 |
| 10/03 | ACH deposit WorldPay 100318 Taco Casa #58 000776 | BNKCRD DEP LK529290 | $2,410.76 | | $17,134.19 |
| 10/04 | ACH deposit WorldPay 100418 Taco Casa #58 000777 | BNKCRD DEP LK529290 | $3,009.99 | | $20,144.18 |
| 10/04 | ACH Withdrawal WorldPay CHGS 100418 Taco Casa #58 L0930 807282983 | MTHLY | | $415.84 | $19,728.34 |
| 10/05 | ACH deposit WorldPay 100518 Taco Casa #58 000778 | BNKCRD DEP LK529290 | $2,836.80 | | $22,565.14 |
| 10/09 | ACH deposit WorldPay 100918 Taco Casa #58 000779 | BNKCRD DEP LK529290 | $3,934.58 | | $26,499.72 |
| 10/09 | Recur Debit Card Purchase 100918 HUMANITYCOM 4157430751 CA | | | $756.00 | $25,743.72 |
| 10/09 | ACH Withdrawal THE HARTFORD NWTBCLSCIC 100918 DIVINE DINING, LLC 15459206 | | | $220.75 | $25,522.97 |
| 10/10 | ACH deposit WorldPay 101018 Taco Casa #58 000780 | BNKCRD DEP LK529290 | $2,927.78 | | $28,450.75 |
| 10/10 | ACH deposit WorldPay 101018 Taco Casa #58 000781 | BNKCRD DEP LK529290 | $2,051.92 | | $30,502.67 |
| 10/10 | ACH deposit WorldPay 101018 Taco Casa #58 000782 | BNKCRD DEP LK529290 | $1,680.29 | | $32,182.96 |
| 10/12 | ACH deposit WorldPay 101218 Taco Casa #58 000783 | BNKCRD DEP LK529290 | $4,281.19 | | $36,464.15 |
| 10/12 | ACH deposit WorldPay 101218 Taco Casa #58 000784 | BNKCRD DEP LK529290 | $2,348.15 | | $38,812.30 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.


**MEMBER FDIC**

## ACCOUNT DETAIL CONTINUED FOR PERIOD OCTOBER 01, 2018 - OCTOBER 31, 2018

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|---|
| 10/12 | Recur Debit Card Purchase 101218 INTUIT QB ONLINE 800 286 6800 CA | | | $37.31 | $38,774.99 |
| 10/12 | ACH Withdrawal THE HARTFORD NWTBCLSCIC 101218 DIVINE DINNING LLC 14759664 | | | $872.20 | $37,902.79 |
| 10/15 | ACH deposit WorldPay 101518 Taco Casa #58 000785 | BNKCRD DEP LK529290 | $2,904.01 | | $40,806.80 |
| 10/16 | ACH deposit WorldPay 101618 Taco Casa #58 000786 | BNKCRD DEP LK529290 | $3,051.61 | | $43,858.41 |
| 10/16 | ACH deposit WorldPay 101618 Taco Casa #58 000787 | BNKCRD DEP LK529290 | $2,367.13 | | $46,225.54 |
| 10/16 | ACH deposit WorldPay 101618 Taco Casa #58 000788 | BNKCRD DEP LK529290 | $2,131.74 | | $48,357.28 |
| 10/17 | ACH deposit WorldPay 101718 Taco Casa #58 000789 | BNKCRD DEP LK529290 | $1,945.15 | | $50,302.43 |
| 10/18 | ACH deposit WorldPay 101818 Taco Casa #58 000790 | BNKCRD DEP LK529290 | $1,808.96 | | $52,111.39 |
| 10/19 | ACH deposit WorldPay 101918 Taco Casa #58 000791 | BNKCRD DEP LK529290 | $2,265.52 | | $54,376.91 |
| 10/19 | TRANSFER WITHDRAWAL TO ...0742 | | | $35,000.00 | $19,376.91 |
| 10/22 | ACH deposit WorldPay 102218 Taco Casa #58 000792 | BNKCRD DEP LK529290 | $2,791.09 | | $22,168.00 |
| 10/23 | ACH deposit WorldPay 102318 Taco Casa #58 000793 | BNKCRD DEP LK529290 | $2,994.95 | | $25,162.95 |
| 10/23 | ACH deposit WorldPay 102318 Taco Casa #58 000794 | BNKCRD DEP LK529290 | $2,214.76 | | $27,377.71 |
| 10/23 | ACH deposit WorldPay 102318 Taco Casa #58 000795 | BNKCRD DEP LK529290 | $1,942.00 | | $29,319.71 |
| 10/24 | ACH deposit WorldPay 102418 Taco Casa #58 000796 | BNKCRD DEP LK529290 | $1,857.21 | | $31,176.92 |
| 10/25 | ACH deposit WorldPay 102518 Taco Casa #58 000797 | BNKCRD DEP LK529290 | $2,720.55 | | $33,897.47 |
| 10/26 | ACH deposit WorldPay 102618 Taco Casa #58 000798 | BNKCRD DEP LK529290 | $2,475.25 | | $36,372.72 |

**CapitalOne Bank**

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC

## ACCOUNT DETAIL   CONTINUED FOR PERIOD OCTOBER 01, 2018   - OCTOBER 31, 2018

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|--|------------------|--------------------|-------------------|
| 10/29 | ACH deposit WorldPay 102918 Taco Casa #58 000799 | BNKCRD DEP LK529290 | $2,850.59 | | $39,223.31 |
| 10/29 | TRANSFER WITHDRAWAL TO ...0742 | | | $37,000.00 | $2,223.31 |
| 10/29 | Debit Card Purchase 102918 SENTEXT SOLUTIONS   800 2112001   CT | | | $99.00 | $2,124.31 |
| 10/30 | ACH deposit WorldPay 103018 Taco Casa #58 000800 | BNKCRD DEP LK529290 | $3,117.08 | | $5,241.39 |
| 10/30 | ACH deposit WorldPay 103018 Taco Casa #58 000801 | BNKCRD DEP LK529290 | $2,339.13 | | $7,580.52 |
| 10/30 | ACH deposit WorldPay 103018 Taco Casa #58 000802 | BNKCRD DEP LK529290 | $2,084.65 | | $9,665.17 |
| 10/31 | ACH deposit WorldPay 103118 Taco Casa #58 000803 | BNKCRD DEP LK529290 | $2,801.86 | | $12,467.03 |
| Total | | | $82,204.80 | $74,830.13 | |

| | Total For This Period | Total Year-to-Date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $210.00 |
| Total NSF Fees | $0.00 | $0.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER FDIC

EQUAL HOUSING LENDER