# EXHIBIT B

## RESTAURANT CONTRACTS

| EXECUTORY CONTRACT | MAXIMUM CURE AMOUNT** |
|---|---|
| Commercial Lease dated November 30, 2011 between Adelphia Group, Ltd. as landlord, and Divine Dining, LLC, as tenant, along with all written amendments and addendums thereto | $373,865.10 |
| Franchise Agreement dated October 4, 2011 between Roy Upshaw d/b/a Taco Casa, as franchisor, and Divine Dining, LLC, as franchisee, along with all written amendments and addendums thereto | $180,000.00 |

** The Cure Amount represents the maximum amount necessary to cure all prepetition defaults under the applicable contract and does not include any postpetition obligations of the estate.