Dallas County
Linebarger, Goggan, Blair & Sampson LLP
c/o Laurie A Spindler
2777 N Stemmons Frwy, No 1000
Dallas, TX 75207-2328

Irving ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A Spindler
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

Adelphi Group Ltd.
7203 John W. Carpenter Freeway
Dallas, TX 75247-5113

Adelphi Group, Ltd
900 Dragon Street
Dallas, TX 75207-4204

Aramark Uniform Services
PO Box 731676
Dallas, TX 75373-1676

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

Attorney General United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Ave, NW
Washington, DC 20530-0001

Bassham Foods
5409 Hemphill St
Fort Worth, TX 76115-4411

Cardona Foods
850 Meacham Blvd
Fort Worth, TX 76106-1931

City of Irving
PO Box 152288
Irving, TX 75015-2288

Elizabeth Brandon
Barnes & Thornburg LLP
Suite 700
2121 N. Pearl St.
Dallas, TX 75201

Internal Revenue Service
1100 Commerce Street
Mail Code 5027 DAL
Dallas, TX 75242-1100

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jeffrey W. Hurt, Esq.
Hurt & Berry LLP
5012 Spyglass Drive
Dallas, TX 75287

Jordan J. Johnson
PO Box 630186
Irving, TX 75063-0114

Jordan Johnson
1602 Cypress Dr
Irving, TX 75061-2346

Jordan Johnson
Divine Dining, LLC - Taco Casa
1311 W. Airport Freeway
Irving, TX 75062-6222

Michael Mantas
5823 DeLoache
Dallas, TX 75225-3004

Michael Mantas
900 Dragon No. 150
Dallas, TX 75207-4204

Michael P. Kelly
1412 Main Street
Suite 2200A
Dallas, TX 75202-4014

Michael P. Kelly
PO Box 150589
Dallas, TX 75315-0589

Moore Disposal
34811 LBJ No. 2110
Dallas, TX 75241-7222

Paul C. Laird, II
Paul Craig Laird Law Firm
800 W. Airport Freeway, Suite 800
LB 6015
Irving, TX 75062-6207

Protection 1
PO Box 219044
Kansas City, MO 64121-9044

| | | |
|---|---|---|
| Roy Upshaw d-b-a Taco Casa<br>1218 E. California<br>Gainesville, TX 76240-4302 | Securities and Exchange Comm<br>801 Cherry St No. 1<br>Fort Worth, TX 76102-6881 | U S SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>9TH FLOOR<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071-2934 |
| Spectrum<br>PO Box 60074<br>City of Industry, CA 91716-0074 | TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Texas Attorney General<br>1412 Main Street Suite 81<br>Dallas, TX 75202-4014 |
| Texas Attorney General<br>Bankruptcy Collections Division<br>Austin, TX 78711-2548 | Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | The Hartford<br>277 Park Ave<br>New York, NY 10172-3003 |
| United States Attorney<br>3rd Floor, 1100 Commerce St<br>Dallas, TX 75242-1699 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Warren V. Norred/Clayton Everett<br>Norred Law, PLLC<br>515 East Border Street<br>Arlington, TX 76010-7402 |
| Jason A. Rae<br>Lain Faulkner<br>400 North St. Paul, Ste. 600<br>Dallas, TX 75201-6897 | Richard G. Grant<br>Culhane Meadows, LLC<br>100 Crescent Court, Suite<br>700 Dallas, TX 75201-2112 | |
| Joe E. Marshall<br>Marshall Law<br>3131 McKinney Ave, Ste 600<br>Dallas, TX 75204 | Judith W. Ross<br>Rachael Smiley<br>Law Office of Judith W. Ross<br>700 N. Pearl Street, Ste 1610<br>Dallas, TX 75201 | Stephen P. McKitt<br>U.S. Dept. of Justice<br>Office of the US Trustee<br>1100 Commerce Street, Rm 976<br>Dallas, TX 75242 |
| **Roy Upshaw**<br>**133 Aviator Drive**<br>**Fort Worth, TX 76179** | **Mark Stromberg**<br>**Stromberg Strock**<br>**Suite 625**<br>**8750 N. Central Expressway**<br>**Dallas, TX 75231** | |