Joe E. Marshall
Texas Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
(214) 579-9173
jmarshall@marshalllaw.net

**ATTORNEY FOR JASON RAE,
CHAPTER 11 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| IN RE: | § | |
| --- | --- | --- |
| | § | **Case No. 18-32805-SGJ-11** |
| **DIVINE DINING, LLC,** | § | |
| | § | **Chapter 11** |
| DEBTOR. | § | |
| | § | |

**NOTICE OF HEARING ON MOTION TO APPROVE (A) SALE AND ASSIGNMENT PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH SALE OF ASSETS AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (B) NOTICE PROCEDURES AND SETTING DATE FOR AUCTION AND SALE HEARING, AND (C) THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS, AND (D) RELATED RELIEF**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT a hearing on the *Motion to Approve (A) Sale and Assignment Procedures and Bid Protections in Connection with Sale of Assets and Assumption and Assignment of Executory Contracts and Unexpired Leases, (B) Notice Procedures and Setting Date for Auction and Sale Hearing, (C) the Sale of Assets Free and Clear of all Liens, Claims and Interests, and (D) Related Relief* ("**Sale Motion**")[Docket No. 46] filed by Jason Rae, the duly appointed Chapter 11 trustee in the above-captioned case, has been scheduled for **Monday, January 7, 2019 at 1:30 p.m.** before the Honorable Stacey G.C. Jernigan, 14th Floor, Courtroom #1, 1100 Commerce Street, Dallas, Texas.

PLEASE TAKE FURTHER NOTICE that the hearing is to consider only the approval of the Sale Procedures and the designation of the "Stalking Horse Bidder" and proposed Break-up Fee. Final approval of a sale will not be before the Court at this time and parties are directed to the Sale Motion for a more detailed explanation of the relief being sought at this initial hearing.

Dated: December 12, 2019     Respectfully submitted,

/s/ *Joe E. Marshall*
Joe E. Marshall
Texas Bar No. 13031100
**MARSHALL LAW**
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Telephone: (214) 579-9173
E-mail: jmarshall@marshalllaw.net

Attorney for Jason Rae,
the Chapter 11 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of December 2019, he caused a true and correct copy of the foregoing Notice of Hearing to be served electronically on those parties requesting electronic service through the Court's ECF system and on the parties set forth on the attached mailing matrix by first class mail, postage prepaid.

/s/ *Joe E. Marshall*
Joe E. Marshall

Dallas County
Linebarger, Goggan, Blair & Sampson LLP
c/o Laurie A Spindler
2777 N Stemmons Frwy, No 1000
Dallas, TX 75207-2328

Irving ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A Spindler
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

Adelphi Group Ltd.
7203 John W. Carpenter Freeway
Dallas, TX 75247-5113

Adelphi Group, Ltd
900 Dragon Street
Dallas, TX 75207-4204

Aramark Uniform Services
PO Box 731676
Dallas, TX 75373-1676

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

Attorney General United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Ave, NW
Washington, DC 20530-0001

Bassham Foods
5409 Hemphill St
Fort Worth, TX 76115-4411

Cardona Foods
850 Meacham Blvd
Fort Worth, TX 76106-1931

City of Irving
PO Box 152288
Irving, TX 75015-2288

Elizabeth Brandon
Barnes & Thornburg LLP
Suite 700
2121 N. Pearl St.
Dallas, TX 75201

Internal Revenue Service
1100 Commerce Street
Mail Code 5027 DAL
Dallas, TX 75242-1100

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jeffrey W. Hurt, Esq.
Hurt & Berry LLP
5012 Spyglass Drive
Dallas, TX 75287

Jordan J. Johnson
PO Box 630186
Irving, TX 75063-0114

Jordan Johnson
1602 Cypress Dr
Irving, TX 75061-2346

Jordan Johnson
Divine Dining, LLC - Taco Casa
1311 W. Airport Freeway
Irving, TX 75062-6222

Michael Mantas
5823 DeLoache
Dallas, TX 75225-3004

Michael Mantas
900 Dragon No. 150
Dallas, TX 75207-4204

Michael P. Kelly
1412 Main Street
Suite 2200A
Dallas, TX 75202-4014

Michael P. Kelly
PO Box 150589
Dallas, TX 75315-0589

Moore Disposal
34811 LBJ No. 2110
Dallas, TX 75241-7222

Paul C. Laird, II
Paul Craig Laird Law Firm
800 W. Airport Freeway, Suite 800
LB 6015
Irving, TX 75062-6207

Protection 1
PO Box 219044
Kansas City, MO 64121-9044

| | | |
|---|---|---|
| Roy Upshaw d-b-a Taco Casa<br>1218 E. California<br>Gainesville, TX 76240-4302 | Securities and Exchange Comm<br>801 Cherry St No. 1<br>Fort Worth, TX 76102-6881 | U S SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>9TH FLOOR<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071-2934 |
| Spectrum<br>PO Box 60074<br>City of Industry, CA 91716-0074 | TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Texas Attorney General<br>1412 Main Street Suite 81<br>Dallas, TX 75202-4014 |
| Texas Attorney General<br>Bankruptcy Collections Division<br>Austin, TX 78711-2548 | Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | The Hartford<br>277 Park Ave<br>New York, NY 10172-3003 |
| United States Attorney<br>3rd Floor, 1100 Commerce St<br>Dallas, TX 75242-1699 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Warren V. Norred/Clayton Everett<br>Norred Law, PLLC<br>515 East Border Street<br>Arlington, TX 76010-7402 |
| Jason A. Rae<br>Lain Faulkner<br>400 North St. Paul, Ste. 600<br>Dallas, TX 75201-6897 | Richard G. Grant<br>Culhane Meadows, LLC<br>100 Crescent Court, Suite<br>700 Dallas, TX 75201-2112 | |
| Joe E. Marshall<br>Marshall Law<br>3131 McKinney Ave, Ste 600<br>Dallas, TX 75204 | Judith W. Ross<br>Rachael Smiley<br>Law Office of Judith W. Ross<br>700 N. Pearl Street, Ste 1610<br>Dallas, TX 75201 | Stephen P. McKitt<br>U.S. Dept. of Justice<br>Office of the US Trustee<br>1100 Commerce Street, Rm 976<br>Dallas, TX 75242 |
| **Roy Upshaw**<br>**133 Aviator Drive**<br>**Fort Worth, TX 76179** | **Mark Stromberg**<br>**Stromberg Strock**<br>**Suite 625**<br>**8750 N. Central Expressway**<br>**Dallas, TX 75231** | |