

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 14, 2018**

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| DIVINE DINING, LLC, | § § | Case No. 18-32805-SGJ-11 |
| Debtor | § § § | Chapter 11 |

**ORDER GRANTING
MOTION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF COUNSEL FOR RECEIVER
AS DEBTOR IN POSSESSION
PURSUANT TO 11 U.S.C. §§ 543(C)(2) AND 503(B)(3)(E)**

On the date set forth above, the Court considered the *Motion for Allowance of Compensation and Reimbursement of Expenses of Counsel for Receiver as Debtor in Possession Pursuant to 11 U.S.C. §§ 543(C)(2) and 503(B)(3)(E)* (this "**Motion**") filed by Culhane Meadows, PLLC ("**Applicant**"), in its capacity as former counsel to Elizabeth Brandon, Receiver for Divine Dining, LLC (the "**Debtor**"); and, having found that notice of the

{00229187-1}
*Order Granting Motion for Allowance of Compensation and Reimbursement of Expenses of Counsel for Receiver
Pursuant to 11 U.S.C. §§ 543(C)(2) and 503(B)(3)(E) and (B)(4)*                                                                                                   Page 1

Application was proper; having found that the deadline for objections was December 6, 2018 and that no objection was filed; and having found that Applicant is entitled to be compensated for its legal expenses incurred in representing the Receiver in accordance with 11 U.S.C. §§ 543(c)(2), 503(b)(3)(E) and 503(b)(4) in the amounts set forth in the Motion; and having found that the fees and expenses requested therein are reasonable and necessary, hereby ORDERS, ADJUDGES and DECREES as follows:

1.  The Court approves on a final basis the allowance of Applicant's fees for legal services in the amount of $9,787.50, and reimbursement of Applicant's costs advanced in the amount of $361.65, for a total amount of $10,149.15.  Applicant has voluntarily reduced this amount by $16.15 so that the total amount of fees and expenses approved by this Court on a final basis is equal to the remaining retainer balance of $10,133.00.

2.  Applicant is authorized to immediately apply the remaining balance of the Retainer to the fees and expenses awarded herein upon entry of this Order.

*** END OF ORDER ***

*Submitted by:*

Richard G. Grant
Tex. Bar No. 08302650
CULHANE MEADOWS, PLLC
The Crescent, Suite 700
100 Crescent Court
Dallas, Texas 75201
Telephone: 214-210-2929
Email: rgrant@culhanemeadows.com

ATTORNEYS FOR ELIZABETH BRANDON, RECEIVER

{00229187-1 }
*Order Granting Motion for Allowance of Compensation and Reimbursement of Expenses of Counsel for Receiver*
*Pursuant to 11 U.S.C. §§ 543(C)(2) and 503(B)(3)(E) and (B)(4)*                    Page 2