

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 19, 2018

United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | Case No. 18-32805-SGJ-11 |
| **DIVINE DINING, LLC,** | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

### AGREED ORDER EXTENDING TIME TO ASSUME OR REJECT
### UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASE
### PURSUANT TO 11 U.S.C. § 365(d)(4)(B)

CAME ON FOR CONSIDERATION the *Agreed Motion to Extend Time to Assume or Reject Unexpired Nonresidential Real Property Lease Pursuant to 11 U.S.C. § 365(d)(4)(B)* (the "**Motion**") filed by Jason Rae, the duly appointed Chapter 11 trustee (the "**Trustee**") in the above-captioned case (the "**Bankruptcy Case**") and the Court, having considered the Motion and the record in this Bankruptcy Case and the agreement between the Trustee and Landlord[1] as set forth

---

[1] Capitalized terms herein not otherwise defined shall have the same meaning as ascribed to them in the Motion.

herein, hereby finds that good and sufficient cause exists to grant the relief requested; Accordingly, it is therefore,

**ORDERED** that the relief requested in the Motion is hereby **GRANTED** in all respects; it is further,

**ORDERED** that the deadline under Section 365(d)(4)(A) for assuming or rejecting the Lease between the Debtor and Landlord is hereby extended for an additional 90 days without prejudice to the Trustee's right to seek further extensions as necessary and without the Landlord's waiver of all other available rights under the Bankruptcy Code or applicable law.

#### END OF ORDER ####

AGREED:

/s/ *Joe E. Marshall*
Joe E. Marshall
Texas Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
(214) 579-9173
jmarshall@MarshallLaw.net

Attorney for Jason Rae,
Chapter 11 Trustee

/s/ *Rachael L. Smiley*
Rachael L. Smiley
Texas Bar No. 24066158
Law Offices of Judith Ross
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
(214) 593-4974
Rachael.smiley@judithwross.com

and-

Jeffrey W. Hurt
Texas Bar No. 10317500
Hurt & Berry LLP
5012 Spyglass Drive
Dallas, Texas 75287
(214) 382-5656
jwhurt@hurtberry.com

Attorneys for Adelphia Group, Ltd.