

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 8, 2019**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | Case No. 18-32805-SGJ-11 |
| DIVINE DINING, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |
| | § | |

## ORDER CONVERTING CASE TO CHAPTER 7

CAME ON FOR CONSIDERATION the *Motion to Convert Case to Chapter 7* ("**Motion**") filed herein by Jason Rae, the duly appointed Chapter 11 trustee (the "**Trustee**") in the above-captioned case (the "**Bankruptcy Case**"); and the Court, having considered the Motion, the record in this case, the support of the U.S. Trustee and the representations of counsel at the hearing on this matter, hereby finds that good and sufficient cause exists to convert the above-captioned case to a proceeding under Chapter 7; Accordingly, it is therefore,

**ORDERED** that this Bankruptcy Case shall be and hereby is converted to a proceeding under Chapter 7 immediately upon the entry of this Order; it is further,

**ORDERED** that the Chapter 11 Trustee appointed herein is fully and finally discharged of any further duties and responsibilities in this Bankruptcy Case.

Submitted by:

Joe E. Marshall
Texas State Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
(214) 579-9173
Jmarshall@marshalllaw.net

Attorney for Jason Rae,
Chapter 11 Trustee