| Fill in this information to identify the case: | |
|---|---|

Debtor Name Divine Dining, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 18-32805-sgj11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:    10/1/2019-10/31/2019

Date report filed:    11/20/2019
MM / DD / YYYY

Line of business:  Fast Food Restaurant

NAISC code:    722300

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Divine Dining, LLC

Original signature of responsible party

Printed name of responsible party    Jason A Rae, Trustee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
|  | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☑ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

**Fill in this information to identify the case:**

Debtor Name Divine Dining, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 18-32805-sgj11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: 10/1/2019-10/31/2019          Date report filed: 11/20/2019 MM / DD / YYYY

Line of business: Fast Food Restaurant          NAISC code: 722300

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Divine Dining, LLC

Original signature of responsible party

Printed name of responsible party Jason A Rae, Trustee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☑ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Divine Dining, LLC                    Case number 18-32805-sgj11

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❏ | ☑ | ❏ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❏ | ☑ | ❏ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 41,848.33

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                    $ 0.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

– $ 45.79

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -45.79

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 45,802.54

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

(Exhibit E)

Debtor Name  Divine Dining, LLC                                      Case number 18-32805-sgj11

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                          $           0.00

     *(Exhibit F)*

**5. Employees**

26. What was the number of employees when the case was filed?                          23

27. What is the number of employees as of the date of this monthly report?              0

**6. Professional Fees**

28. How much have you paid this month in professional fees related to this bankruptcy case?          $      0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $      0.00

30. How much have you paid this month in other professional fees?          $      0.00

31. How much have you paid in total other professional fees since filing the case?          $      0.00

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $   0.00 | − | $   0.00 | = | $   0.00 |
| 33. **Cash disbursements** | $   0.00 | − | $   0.00 | = | $   0.00 |
| 34. **Net cash flow** | $   0.00 | − | $   0.00 | = | $   0.00 |

35. Total projected cash receipts for the next month:                                    $      0.00

36. Total projected cash disbursements for the next month:                              - $      0.00

37. Total projected net cash flow for the next month:                                   = $      0.00

Debtor Name  Divine Dining, LLC

Case number 18-32805-sgj11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Divine Dining LLC**
**Cash Summary**

| | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | 14,621.20 | 21,772.19 | 60,066.39 | 79,194.79 | 110,917.61 | 114,168.72 | 148,490.41 | 318,914.70 | 186,004.51 | 184,649.32 | 178,305.89 | 177,363.22 | 176,991.05 | 183,426.27 | 41,848.33 |
| | | | | | | | | | | | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Deposits 0742 (Cash deposits) | | 13,178.79 | 46,144.71 | 48,232.87 | 44,743.19 | 40,245.70 | 74,015.44 | 25,000.00 | - | - | - | - | 6,481.01 | 104.52 | - |
| Deposits 0742 (Transfer from 2156) | | 71,250.00 | 72,000.00 | 33,620.00 | - | - | - | - | 373.20 | - | - | - | - | - | - |
| Deposits 0742 (Worldpay) *Note 1* | | | - | 45,917.68 | 71,447.63 | 81,979.65 | 76,296.59 | 15,012.63 | - | - | - | - | - | - | - |
| Deposits 2156 (cash deposits) | 7,284.99 | 76,015.37 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposits 2156 (WorldPay) | | 5,632.98 | 81,788.96 | 25,538.50 | - | - | - | - | - | - | - | - | - | - | - |
| Withdrawals 2156 (transfer to 0742) | - | (71,250.00) | (72,000.00) | (33,620.00) | - | - | - | - | (373.20) | - | - | - | - | - | - |
| Process from Asset Sale | - | - | - | - | - | - | 128,912.49 | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | 21,906.19 | 94,827.14 | 127,933.67 | 119,689.05 | 116,190.82 | 122,225.35 | 279,224.52 | 40,012.63 | - | - | - | - | 6,481.01 | 104.52 | - |
| | | | | | | | | | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| **Trust Expenses** *(Note 2)* | | | | | | | | | | | | | | | |
| ABC Lawn Care | - | - | 86.97 | 86.97 | 86.97 | 86.97 | 86.97 | 86.97 | - | - | - | - | - | - | - |
| Adelphi Group Ltd | - | 7,500.00 | 7,500.00 | 7,500.00 | 19,254.42 | - | 11,754.42 | 17,017.60 | - | - | - | - | - | - | - |
| ARAMARK UNIFORM SERVICES | - | 331.08 | 359.90 | 546.27 | 465.79 | 526.45 | 397.96 | - | - | 93.99 | - | - | - | - | - |
| Atmos Energy | - | 355.73 | 126.86 | 258.29 | - | 532.34 | 574.94 | - | - | - | - | - | - | - | - |
| Bank Fee | 35.00 | 8.00 | 41.00 | 35.00 | 35.00 | 35.00 | 50.00 | 35.00 | - | - | - | - | - | - | - |
| Bassham | - | 16,991.80 | 43,337.28 | 32,501.30 | 40,511.70 | 38,096.78 | 38,442.65 | - | - | - | - | - | - | - | - |
| Cardona Foods, Inc. | - | 2,973.00 | 2,729.40 | 3,857.70 | 3,121.20 | 1,503.90 | 5,832.60 | - | - | - | - | - | - | - | - |
| City of Irving | - | 440.56 | - | 799.80 | 1,399.80 | 90.26 | 1,037.07 | 3,530.41 | - | 399.22 | - | - | - | - | - |
| Dallas County | - | - | - | - | - | - | - | 3,151.20 | - | - | - | - | - | - | - |
| Delta P Filteration Services | - | - | - | 163.84 | 163.84 | - | 163.84 | - | - | - | - | - | - | - | - |
| GoDaddy | - | 307.20 | 127.66 | - | - | - | - | - | - | - | - | - | - | - | - |
| Hartford | - | 220.75 | 1,092.95 | 1,092.95 | 1,092.95 | 1,092.95 | 1,654.95 | 1,092.95 | 872.20 | 872.20 | 872.20 | - | - | - | - |
| Humanity.com | - | - | 756.00 | - | - | - | - | - | - | - | - | - | - | - | - |
| Intuit QuickBooks | - | 214.49 | 37.31 | - | 37.31 | 37.31 | - | - | - | - | - | - | - | - | - |
| International Sureties, LTD | - | - | - | - | - | - | - | - | - | 118.00 | - | - | - | - | - |
| Marshall Law | - | - | - | - | - | - | - | - | - | - | - | - | - | 44,760.24 | - |
| Kimbrough Fire Extinguisher | - | - | - | 158.08 | - | - | - | - | - | - | - | - | - | - | - |
| Lain, Faulkner & Co | - | - | - | - | - | - | - | - | - | - | - | - | - | 46,767.07 | - |
| Lain, Faulkner & Co - Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,109.36 | - |
| Mark Ondras -Plumbing and Sewer Services | - | - | - | - | - | - | 119.50 | - | - | - | - | - | - | - | - |
| Moore Disposal Inc | - | 530.25 | 530.25 | 530.25 | 530.25 | 530.25 | 530.25 | - | - | - | - | - | - | - | - |
| NCR | - | - | 302.21 | 302.21 | 302.21 | 302.21 | 302.21 | 302.21 | - | - | - | - | - | - | - |
| NuCO2 | - | 178.62 | 163.57 | 192.03 | 81.11 | 278.60 | 86.79 | - | - | - | - | - | - | - | - |
| Payroll | - | 14,422.95 | 35,793.29 | 27,368.43 | 33,125.05 | 30,899.83 | 30,923.54 | 11,080.75 | - | - | - | - | - | - | - |
| Protection 1 ADT | - | - | 45.41 | 100.56 | - | 45.41 | 45.41 | 45.79 | 41.41 | 49.78 | 45.79 | 45.79 | 45.79 | 45.79 | 45.79 |
| QuickBooks | - | - | - | 37.31 | - | - | - | - | - | - | - | - | - | - | - |
| Roto Rooter | - | - | - | - | - | 474.60 | - | - | - | - | - | - | - | - | - |
| R & S Franchising | - | - | - | - | - | - | - | 50,131.59 | - | - | - | - | - | - | - |
| Sentex | 99.00 | - | 198.00 | 99.00 | 99.00 | 99.00 | - | 198.00 | - | - | - | - | - | - | - |
| Southwaste | - | - | 202.37 | - | - | 307.67 | - | - | - | - | - | - | - | - | - |
| Spectrio | - | - | 29.23 | 58.46 | 29.23 | 29.23 | 29.23 | - | - | 29.23 | - | - | - | - | - |
| Spectrum | - | 516.43 | 517.08 | 517.08 | 516.99 | 516.96 | 200.43 | - | - | - | - | - | - | - | - |
| Stanley Works | - | - | 540.13 | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax (Sales) | - | 8,660.23 | 9,485.87 | 10,152.58 | 10,095.53 | 10,865.92 | 10,033.14 | 9,174.83 | - | - | - | - | - | - | - |
| Texoma Cash Register | - | 791.85 | - | - | 791.85 | - | - | - | - | - | - | - | - | - | - |
| Town East Heating | - | - | - | 588.61 | - | - | - | - | - | - | - | - | - | - | - |
| Trust BackFlow | - | - | - | - | 180.00 | - | - | - | - | - | - | - | - | - | - |
| TXU | - | 2,090.00 | 4,802.53 | 1,019.51 | 1,019.51 | 1,552.02 | 1,479.33 | - | - | - | - | - | - | - | - |
| US Trustee | - | - | - | - | - | - | - | 4,875.00 | - | - | 4,875.00 | - | 326.38 | - | - |
| Web Host Agents | - | - | - | - | - | - | - | 180.00 | - | - | - | - | - | - | - |
| Worldpay | - | - | - | - | - | - | - | - | 2,075.52 | 347.59 | - | 24.68 | - | - | - |
| Chargeback - Breakup Fee | - | - | - | - | - | - | - | 75,000.00 | - | - | - | - | - | - | - |
| | 134.00 | 56,532.94 | 108,805.27 | 87,966.23 | 112,939.71 | 87,903.66 | 108,800.23 | 172,922.82 | 1,355.19 | 6,343.43 | 942.67 | 372.17 | 45.79 | 141,682.46 | 45.79 |
| | | | | | | | | | | | | | | | |
| **ENDING CASH BALANCE** | 21,772.19 | 60,066.39 | 79,194.79 | 110,917.61 | 114,168.72 | 148,490.41 | 318,914.70 | 186,004.51 | 184,649.32 | 178,305.89 | 177,363.22 | 176,991.05 | 183,426.27 | 41,848.33 | 41,802.54 |

*Note 1: Includes collections of sales accruing port sale (relating to closing adjustment).*

*Note 2: Certain of the following expenses paid related to post-sale time period (relating to closing adjustment).*

# *Exhibit  A*

Explanation to Question # 2:

On February 25, 2019, the United States Bankruptcy Court for the Northern District of Texas approved and executed the sale of Divine Dining, LLC to Lonestar Fast Foods, LLC. The sale closed on February 26, 2019.

# *Exhibit B*

Explanation to Question # 11, 12, 13:

On February 25, 2019, the United States Bankruptcy Court for the Northern District of Texas approved and executed the sale of Divine Dining, LLC to Lonestar Fast Foods, LLC. The sole member of Lonestar Fast Foods, LLC is the 50% member of the debtor.

At the date of sale, all employees were transferred to the new owner and the insurance policy was cancelled by the trustee.

**Capital One Bank**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

DIVINE DINING LLC BANKRUPTCY
JASON A RAE TRUSTEE
400 N ST PAUL STE 600
DALLAS TX  75201

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY      FOR PERIOD  OCTOBER 01, 2019  -  OCTOBER 31, 2019

**Commercial Checking** ████████0742                          **DIVINE DINING LLC BANKRUPTCY**

| | | | |
|---|---|---|---|
| Previous Balance  09/30/19 | $41,848.33 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $41,802.54 |
| 1 Checks/Debits | ($45.79) | Average Collected Balance | $41,811.40 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/19 | $41,802.54 | | |

## ACCOUNT DETAIL    FOR PERIOD  OCTOBER 01, 2019   -   OCTOBER 31, 2019

**DIVINE DINING LLC**
**Commercial Checking** ████████0742                          **BANKRUPTCY**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/07 | ACH Withdrawal PROTECTIONONE PAYMENT 100719 DIVINE DINING, LLC 956424311 | | $45.79 | $41,802.54 |
| *Total* | | $0.00 | $45.79 | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.




MEMBER FDIC

EQUAL HOUSING LENDER

An Important Message to Our Clients

What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S